UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-47515-659 |
| | ) | |
| Shannon McNeil | ) | Chapter 13 |
| Debtors, | ) | Motion to Retain Insurance Proceeds |

### Notice of Motion

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A REPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

### Motion to Retain Insurance Proceeds

Comes Now Debtors, by and through their attorney, and for their motion states as follows:

1. Debtor filed for Chapter 13 October 18, 2016 in the Eastern District of the State of Missouri as Cause #16-47515

2. Debtors plan was confirmed on December 15, 2016.

3. Debtor received a check in the amount of $18,799.15 as payment from a life insurance policy on his wife that passed away on February 11, 2017.

4. Debtor had additional bills for the the headstone, the newspaper that totaled, $1,975.00

5. Debtor is in dire need of a new vehicle as the transmission was replaced last year and has gone out again so does not run. Debtor has no other means of transportation and needs a new car to get to work and for his family.

6. Debtor has looked at cars and can buy a used GMC Terrain from Dave Sinclair for $16, 509.00 not including taxes. Debtor needs a dependable auto as he is now the only surviving parent and has three children living at home with him.

**Wherefore**, Debtors requests an order from the Court Allowing debtor to keep $18,799.15 insurance proceeds to pay the above funeral expenses and to buy an automobile so that he will have reliable transportaion, and for such other relief as this Court deems appropriate.

|  |  |
|---|---|
| Date: July 20, 2017 | Respectfully submitted,<br>/s/ William H. Ridings, Jr.<br>William H. Ridings, Jr., #38672<br>2510 South Brentwood, Ste. 205<br>Brentwood, MO 63144<br>(314)968-1313<br>(314)968-1302<br>ridingslaw2003@yahoo.com |

CERTIFICATE OF SERVICE
Copy served on the following either through the courts ECF system or by ordinary mail on July 20, 2017

/s/ William H. Ridings, Jr.

John V. LaBarge, Jr.,    Standing Chapter 13 Trustee,    P. O. Box 430908, St. Louis, MO, 63143

Office of the U. S. Trustee, Thomas F. Eagleton U.S. Courthouse, 111 S. 10th, Ste.6353, St.Louis, MO 63102
William H Ridings Jr., Ridings Law Firm, 2510 S Brentwood Blvd #205, St. Louis, MO 63144
Shannon McNeil, 3268 Yaeger Rd., St. Louis, MO 63129

**Account Resolution Corp** 700 Goddard Ave Chesterfield, MO 63005

**American Education Services** PO Box 61047 Harrisburg, PA 17106

**American InfoSource LP as agent for** T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848

**Choice Recovery** 1550 Old Henderson Rd Columbus, OH 43220

**Educational Credit Management Corporation** P.O. Box 16408 St. Paul, MN 55116-0408

**ERC** PO Box 57547 Jacksonville, FL 32241

**Heights Finance Co** 228 Regional Dr Alton, IL 62002

**IRS** PO Box 7346 Insolvency Unit Philadelphia, PA 19101

**Kansas Counselors** 8725 Rosehill Rd, Ste 415 Lenexa, KS 66215

**Kramer & Frank** 9300 Dielman Ind Dr, Ste 100 Saint Louis, MO 63132

**Missouri Department of Revenue** PO Box 475 301 W High St Jefferson City MO 65105-0475

**Missouri Dept of Rev** 301 W High St Jefferson City, MO 65105

**National Healthcare Collections LLC** 700 Spirit of St. Louis Blvd, Ste B Chesterfield, MO 63005

**PHEAA** PO BOX 8147 HARRISBURG PA 17105

**Reviver Financial, LLC** PO Box 3023 Attn: Bankruptcy Department Hutchinson, KS 67504

**Senex Services** 3333 Founders Road 2nd Floor Indianapolis, IN 46268

**St. Louis County** Collector 41 S Central Saint Louis, MO 63105

**St. Louis South Oral and Maxillofacial Surgery Inc** 9911 Kennerly Ste E Saint Louis, MO 63128-703

**Title Max** 6259 Ronald Reagan Dr Lake Saint Louis, MO 63367

**TitleMax of Missouri, Inc. d/b/a TitleMax** 15 Bull Street, Suite 200 Savannah, GA 31401

**Transworld System** 507 Prudential Rd Horsham, PA 19044

**United Credit & Collection** 512 Madison Street Saint Charles, MO 63301

**United States Attorney** 111 South 10th Street St. Louis MO 63102

**US Postal Service** Eagan Accounting Service Center 2825 Lone Oak Parkway Eagan, MN 55121-9617

**Wells Fargo Home Mortgage** PO Box 14547 Des Moines, IA 50306