IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | CASE NO. 16-47515-659 |
| | Chapter 13 |
| Shannon T McNeal | |
| Amy MCNeal | |
| Debtor, | |

## DEBTORS ANSWERS FOR MOTION TO DISMISS CASE

COMES NOW Debtors, by and through their attorney pursuant to 11 U.S.C. Section 362, and for their answers to Motion to Dismiss Case Diana S. Daugherty Standing Chapter 13 Trustee, as follows:

1. Debtor admits to paragraph: 1,2,3,4, 5,6,8
2. Debtor denies paragraphs: 7,9

Debtor will forward a copy of his taxes to the trustee

**WHEREFORE,** Debtors prays his Honorable Court Deny the Motion to Dismiss Case filed By Diana S. Daugherty and for whatever further relief this Court deems just and proper in the premises.

Respectfully submitted,
/s/ William H. Ridings, Jr.
William H. Ridings, Jr.,#38672, #84392
2510 S. Brentwood, Ste. 205
Brentwood, MO 63144
(314) 968-1313
(314) 968-1302 Fax
ridingslaw2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **January 24, 2019** with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **January 24, 2019** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **January 24, 2019**

: (x) William Ridings, Jr.,

Shannon McNeal, 3268 Yaeger Rd., Saint Louis, Mo 631239